BRIAN WILLIAM HOLLINS
3953 STANDING PINE RD
CARTHAGE, MS 39051

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AARONS
60 CANAL PL,
PHILADELPHIA, MS 39350

CADENCE BANK
PO DRAWER 789
TUPELO, MS 38802

CAPITAL BANK N.A.
2275 RESEARCH BLVD.
STE 600
ROCKVILLE, MD 20850

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CREDIT COLL
ATTN: BANKRUPTCY
725 CANTON STREET
NORWOOD, MA 02062

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

FAIR COLLECTIONS
ATTN: BANKRUPTCY
14400 SWEITZER LN #235
LAUREL, MD 20707

FOURSIGHT CAPITAL
ATTN: BANKRUPTCY
PO BOX 45026
SALT LAKE CITY, UT 84145

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

IMAGINE CREDIT
PO BOX 105824
ATLANTA, GA 30348

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

RENT A CENTER
903 W BEACON ST
PHILADELPHIA, MS 39350

SANTANDER CONSUMER USA
ATTN: BANKRUPTCY
PO BOX 961211
FORT WORTH, TX 76161

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WAYPOINT RESOURCE
ATTN: BANKRUPTCY
1065 W LEVOY DR
STE 100
TAYLORSVILLE, UT 84123

YANESHA HOLLINS
43 JAMES YOUNG RD
LOUISVILLE, MS 39339