Certificate Number: 05781-MSS-DE-041516373

Bankruptcy Case Number: 26-02514

05781-MSS-DE-041516373

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2026, at 6:37 o'clock PM PDT, Brian Hollins completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: October 2, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President