**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**BRIAN WILLIAM HOLLINS** **26 – 02514 – JAW**

**ORDER**

THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK # ]; and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Dismiss is granted and this case is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM