**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**BRIAN WILLIAM HOLLINS** **26 – 02514 – JAW**

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtor filed a Chapter 13 Petition on September 15, 2026, and a 341(a) Meeting of Creditors was held on October 20, 2026.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, Debtor proposes to pay Foursight Capital for a 2020 Chevrolet Camaro SS. Said Creditor filed its Claim in the amount of $40,480.63 which results in a monthly vehicle payment of $918.00. Said amount is excessive. Debtor should be required to surrender the vehicle or pay an increased distribution to unsecured creditors as retention of the high-priced vehicle is not reasonable and necessary for Debtor's effective reorganization.

4. That, Debtor failed to provide statements for his Regions savings account. Debtor should be required to provide same to the Trustee.

5. That, confirmation should be denied and this case dismissed.

6. The Trustee hereby objects to any amended plan filed hereafter.

7. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: October 22, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM

# CERTIFICATE

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Brian William Hollins
3053 Standing Pine Road
Carthage, MS 39051

Foursight Capital LLC
Post Office Box 45026
Salt Lake City, UT 84145

Dated: October 22, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.