**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

In re: Case No.: 26-02514-JAW

Brian William Hollins, Chapter: 13

Debtor.

**OBJECTION OF SANTANDER CONSUMER USA INC. TO DEBTOR'S CHAPTER 13 PLAN**

Santander Consumer USA Inc. dba Chrysler Capital ("Movant"), a secured creditor herein, by and through its undersigned attorney, files its objection to confirmation of the proposed plan and states as follows:

1. On September 15, 2026, Brian William Hollins (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2. This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 1324.

3. On November 6, 2023, Debtor executed and delivered that certain Retail Installment Sale Contract (the "Note"), which was assigned to MOVANT, for that 2019 Dodge Ram 1500 bearing Vehicle Identification Number 1C6SRFHT1KN512301 (the "Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4. In order to secure its purchase money security interest evidenced by the Note, Movant recorded its lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit "B."**

5. On September 15, 2026, the Debtor filed a Chapter 13 Plan (Dkt. 2) (the "Plan").

6. Movant has a non-910 claim in the amount of $40,771.10 filed in this matter as Claim 5 ("MOVANT'S CLAIM").

7. The Collateral is valued at $33,925.00, according to the N.A.D.A. Vehicle

Valuation attached hereto as **Exhibit "C."**

8. The Plan fails to provide for the proper treatment of Movant's Claim based on the fact that the Plan does not provide for the full value of Movant's Claim or adequate assurance of lien retention as to the Collateral.

9. The Plan has not been accepted by Movant pursuant to 11 U.S.C. § 1325(a)(5)(A).

10. Movant demands that the Plan be amended to (1) value Movant's Claim at $33,925.00 and (2) include the following language: "Santander Consumer USA Inc. dba Chrysler Capital's lien shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328."

WHEREFORE, Movant requests this Court to deny confirmation of the Plan and for such further relief as this Court deems appropriate.

Dated this 2nd day of November, 2026.

*/s/ Christopher D. Meyer*
Christopher D. Meyer, Esq. (MSB 103467)
*Attorney for Santander Consumer USA Inc. dba Chrysler Capital*

OF COUNSEL:
Womble Bond Dickinson (US) LLP
1222 Demonbreun, Suite 1201
Nashville, TN 37203
Telephone: (629) 312-1840
chris.meyer@wbd-us.com

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY that a copy of the foregoing has been served on this 2nd day of November, 2026, either by electronic transmission or by United States first class mail postage prepaid to the following:

**Debtor:**
Brian William Hollins
3953 Standing Pine Rd
Carthage, MS 39051

**Counsel for the Debtor:**
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee:**
Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

**U.S. Trustee:**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

*/s/ Christopher D. Meyer*
OF COUNSEL