**N.A.D.A. Official Used Car Guide**
**Automated Vehicle Valuation**
Friday, October 30, 2026

**Guide Edition:** September 2026
**Region:** Southeastern
**Vehicle:** 2019 Ram
Ram 1500
Crew Cab Limited 4WD 5.7L V8
**VIN:** 1C6SRFHT1KN512301
**Weight:** 5,232

**Mileage:** 91,000
**MSRP:** $56,990.00

**Base Retail:** $33,175.00 **Base Trade:** $29,175.00 **Base Loan:** $26,275.00

**Accessory Adjustments:**

| | (Retail) | (Trade) | (Loan) |
|---|---|---|---|
| Air Suspension | (w/body) | (w/body) | (w/body) |
| Alpine Stereo System | (w/body) | (w/body) | (w/body) |
| Aluminum/Alloy Wheels | (w/body) | (w/body) | (w/body) |
| Automatic Climate Control | (w/body) | (w/body) | (w/body) |
| Blind Spot Monitor | (w/body) | (w/body) | (w/body) |
| Fog Lights | (w/body) | (w/body) | (w/body) |
| Heated Front Seats | (w/body) | (w/body) | (w/body) |
| Heated Rear Seats | (w/body) | (w/body) | (w/body) |
| Leather Seats | (w/body) | (w/body) | (w/body) |
| Navigation System | (w/body) | (w/body) | (w/body) |
| Passive Keyless Entry | (w/body) | (w/body) | (w/body) |
| Power Passenger Seat | (w/body) | (w/body) | (w/body) |
| Power Running Boards | (w/body) | (w/body) | (w/body) |
| Rear Parking Sensors | (w/body) | (w/body) | (w/body) |
| Remote Engine Starter | (w/body) | (w/body) | (w/body) |

**Mileage Adj.:** $750.00 **(Trade) Accessory Adj.:** $0.00

**Total N.A.D.A. Official Used Car Values**

**Retail:** $33,925.00 **Trade:** $29,925.00 **Loan:** $27,025.00

All NADA Values Reprinted With Permission Of
N.A.D.A. Official Used Car Guide Company Copyright NADASC 1996