**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**BRIAN WILLIAM HOLLINS,** **CASE NO. 26-02514-JAW**

**DEBTOR.** **CHAPTER 13**

**<u>ORDER RESETTING HEARING</u>**

This matter came on this date on the Trustee's Objection to Confirmation filed by Harold J. Barkley, Jr., Trustee, (the "Objection") (Dkt. #18). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on November 16, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Objection hereby is continued and reset for December 7, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693